# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMPLOYERS MUTUAL** | : | |
| **CASUALTY CO., ET AL.,** | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 07-4492** |
| **CEPHALON, INC.,** | : | |
|     **Defendant.** | : | |

| | | |
|---|---|---|
| **INDIANA CARPENTERS WELFARE** | : | |
| **FUND** individually and on behalf of all | : | |
| others similarly situated | : | |
|     **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 07-4775** |
| **CEPHALON, INC.,** | : | |
|     **Defendant.** | : | |

| | | |
|---|---|---|
| **PENNSYLVANIA TURNPIKE** | : | |
| **COMMISSION** individually and on behalf | : | |
| of all others similarly situated | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 07-5284** |
| **CEPHALON, INC.,** | : | |
|     **Defendant.** | : | |

**ORDER**

      **AND NOW,** this _____ day of March, 2008, upon consideration of Defendant's Motions to Dismiss and Plaintiffs' Responses thereto, **IT IS HEREBY ORDERED and DECREED** that the Motions are **DENIED**.

      **IT IS FURTHER ORDERED** that Plaintiffs Employers Mutual Casualty Company and Indiana Carpenters Welfare Fund's Joint Motion to File a Reply Brief are **DENIED**.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**