IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ACTIQ SALES AND MARKETING PRACTICES LITIGATION : : : | CIVIL ACTION NO. 07-4492 |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, ET AL., : : : : Plaintiffs, : : : : CEPHALON, INC., : Defendant. : | CIVIL ACTION NO. 09-431 |

## ORDER

**AND NOW**, this ___ of August, 2009, upon consideration of Defendant's Motion for Judgment on the Pleadings as to the RICO Counts in the AFSCME Complaint (Doc. 108), and Plaintiffs' Response thereto (Doc. 111), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**