IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ACTIQ SALES AND MARKETING PRACTICES LITIGATION | : : | CIVIL ACTION NO. 07-4492 |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, ET AL., Plaintiffs, v. CEPHALON, INC., Defendant. | : : : : : : : : : : | CIVIL ACTION NO. 09-431 |

# ORDER

**AND NOW**, this ___ of March, 2011, upon consideration of Defendant's Motions for Summary Judgment (Docs. 230, 231), Plaintiffs' Response in Opposition to Defendant's Motions for Summary Judgment (Doc. 245), and Defendant's Replies thereto (Docs. 255, 256), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motions are **DENIED**[1]**.**

                                      **BY THE COURT**:

                                      /s/ Petrese B. Tucker
                                      _____
                                      **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Court rendered its memorandum opinion in connection with the above order on March 23, 2011.

1