IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ACTIQ SALES AND MARKETING PRACTICES LITIGATION : : : | CIVIL ACTION NO. 07-4492 |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, ET AL., : : : : Plaintiffs, : : : : CEPHALON, INC., : Defendant. : | CIVIL ACTION NO. 09-431 |

## ORDER

**AND NOW**, this ___ of June, 2012, upon consideration of Defendant Cephalon, Inc.'s Motion for Reconsideration of the Court's March 23, 2011 Order, or, in the Alternative, for Certification of that Order for Interlocutory Appeal Under 28 U.S.C. §1292 (Doc. 276), Plaintiffs' Response in Opposition thereto (Doc. 280), Defendant Cephalon, Inc.'s Notice of Supplemental Authority Regarding Cephalon's Motion for Reconsideration (Doc. 323), and Plaintiffs' Response thereto (Doc. 325), **IT IS HEREBY ORDERED AND DECREED** that Defendant Cephalon, Inc.'s Motion for Reconsideration or Interlocutory Appeal is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion, dated June 11, 2012.

1