IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE ACTIQ SALES AND MARKETING | : | CIVIL ACTION |
| PRACTICES LITIGATION | : | NO. 07-4492 |
| | : | |
| | : | |
| | : | |
| | : | |

_____

**ORDER**

    **AND NOW**, this ___ day of July, 2014, upon consideration of Defendant's Motion to Exclude the Declaration and Testimony of Meredith Rosenthal (Doc. 371), Plaintiffs' Response in Opposition (Doc. 389), and Defendant's Reply in Support (Doc. 405), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.


                                                          BY THE COURT:

                                                          /s/ Petrese B. Tucker
                                                          _____
                                                          **Hon. Petrese B. Tucker, C. J.**