IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE ACTIQ SALES AND MARKETING PRACTICES LITIGATION | : : : : : | CIVIL ACTION NO. 07-4492 |

## ORDER

**AND NOW**, this __23rd__ day of March, 2015, upon consideration of Plaintiffs Indiana Carpenters Welfare Fund and Pennsylvania Turnpike Commission's Motion for Class Certification (Doc. 339), Defendant Cephalon Inc.'s Response in Opposition (Doc. 370), Plaintiffs' Reply in Support of Motion for Class Certification (Docs. 401, 402), parties' arguments and accompanying materials submitted at a Class Certification Hearing on July 24, 2013, and for the reasons set forth in this Court's Memorandum Opinion dated March 23, 2015, **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion is **DENIED**.

                                                     **BY THE COURT:**

                                                     /s/ Petrese B. Tucker

                                                   _____

                                                   **Hon. Petrese B. Tucker, C. J.**