IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ACTIQ SALES AND MARKETING PRACTICES LITIGATION | Civil Action No. 07-CV-04492 (PBT) <br><br> Honorable Petrese B. Tucker |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Pennsylvania Turnpike Commission and Indiana Carpenters Welfare Fund, by and through their counsel of record, hereby stipulate that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own respective costs and attorneys' fees. This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO STIPULATED.

Respectfully submitted,

Date: December ____, 2015

| Steve W. Berman | Joseph H. Meltzer | J. Gordon Cooney, Jr. |
|---|---|---|
| Hagens Berman Sobol Shapiro LLP | Kessler Topaz Meltzer Check LLP | Morgan Lewis & Bockius LLP |
| 1918 Eighth Ave., Suite 3300 | 280 King of Prussia Road | 1700 Market Street |
| Seattle, WA 98101 | Radnor, PA 19087 | Philadelphia, PA 19103-2921 |
| Telephone: (206) 623-7292 | Telephone: (610) 822-2210 | Telephone: (215) 963-5000 |
| Facsimile: (206) 623-0594 | Facsimile: (610) 667-7056 | Facsimile: (215) 963-5001 |
| Email: steve@hbsslaw.com | Email: jmeltzer@ktmc.com | Email: jgcooney@morganlewis.com |
| *Counsel for Indiana Carpenters Welfare Fund* | *Counsel for Pennsylvania Turnpike Commission* | *Counsel for Defendant Cephalon, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ACTIQ SALES AND MARKETING PRACTICES LITIGATION | Civil Action No. 07-CV-04492 (PBT)<br><br>Honorable Petrese B. Tucker |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Pennsylvania Turnpike Commission and Indiana Carpenters Welfare Fund, by and through their counsel of record, hereby stipulate that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own respective costs and attorneys' fees. This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: December ____, 2015

| | | |
|---|---|---|
| Steve W. Berman | Joseph H. Meltzer | J. Gordon Cooney, Jr. |
| Hagens Berman Sobol Shapiro LLP | Kessler Topaz Meltzer Check LLP | Morgan Lewis & Bockius LLP |
| 1918 Eighth Ave., Suite 3300 | 280 King of Prussia Road | 1701 Market Street |
| Seattle, WA 98101 | Radnor, PA 19087 | Philadelphia, PA 19103-2921 |
| Telephone: (206) 623-7292 | Telephone: (610) 822-2210 | Telephone: (215) 963-5000 |
| Facsimile: (206) 623-0594 | Facsimile: (610) 667-7056 | Facsimile: (215) 963-5001 |
| Email: steve@hbsslaw.com | Email: jmeltzer@ktmc.com | Email: jgcooney@morganlewis.com |
| *Counsel for Indiana Carpenters Welfare Fund* | *Counsel for Pennsylvania Turnpike Commission* | *Counsel for Defendant Cephalon, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 14, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered attorneys.

*/s/ Steve W. Berman*
Steve W. Berman