# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, ET. AL.,** | **Civil Action No. 07-CV-04492**<br><br>**(PBT) Honorable Petrese B. Tucker** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(l)(A)(ii), Plaintiffs American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund and Philadelphia Firefighters Union Local 22, by and through their counsel of record, hereby stipulate that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own respective costs and attorneys' fees. This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: January 22, 2016

Michael Coren
Cohen, Placitella & Roth PLC
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
Email: mcoren@cprlaw.com

*Counsel for American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund and Philadelphia Firefighters Union Local 22*

J. Gordon Cooney, Jr.
Steven A. Reed
Morgan Lewis & Bockius LLP
1700 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: jgcooney@morganlewis.com

*Counsel for Defendant Cephalon, Inc.*