IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE ACTIQ SALES AND MARKETING PRACTICES LITIGATION** | : : : : : | **CIVIL ACTION** **NO. 07-4492** |

## ORDER

**AND NOW**, this __3rd__ day of February, 2016, **IT IS HEREBY ORDERED AND DECREED** that the Clerk of Court shall **CLOSE** the above-captioned matter for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**

1